UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CURTIS D. BENSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-1795-G (BD) |
| RICK THALER, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge regarding *in forma pauperis* status are correct, and they are hereby accepted as the findings of the court.  Accordingly, petitioner's application to proceed *in forma pauperis* (docket entry 7) is **DENIED**.  Petitioner is ordered to pay the $5.00 statutory filing fee within 20 days after the date of this order.  If he fails to do so, this case will be dismissed without further notice.

**SO ORDERED**.

September 20, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**